**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/18

---

ENCOMPASS AVIATION, LLC,

    Plaintiff,

-against-

SURF AIR INC. (F/K/A SURF AIRLINES INC.),

    Defendant.

---

SURF AIR INC. (F/K/A SURF AIRLINES INC.),

    Counter-Claimant,

-against-

ENCOMPASS AVIATION, LLC,

    Counter-Defendant,

-and-

ROES 1 through 10,

    Third-Party Defendants.

Civil Action No. 1:18-CV-05530-CM

[Assigned to: _____]

**ORDER TO SHOW CAUSE FOR ORDER OF REPLEVIN AND TEMPORARY RESTRAINING ORDER**

9/4/2018

*[Handwritten annotation:]* Court denies TRO, request for replevin. Court lacks jurisdiction over counterclaim for replevin because the "res" (airplane) not located in this district — never in this state — even in [?]

Upon the affidavit of Sudhin Shahani, sworn to the 30th day of August 2018, the exhibits thereto, the Declaration of Christopher D. Beatty dated August 30, 2018, the exhibits thereto, the memorandum of law submitted by defendant/counterclaimant Surf Air Inc. ("Surf Air"), as well as all prior pleadings filed in this action; it is

MEMO ENDORSED

**ORDERED** that Plaintiff/Counter-Defendant Encompass Aviation, LLC ("Encompass") show cause before a motion term of this court, at Room ____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on September ____, 2018, at ____

*[Handwritten:]* Counsel — this Court + Surf Air claim advised to bring claim for replevin where the plane is located.

o'clock in the _____ thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 64 of the Federal Rules of Civil Procedure and Article 71 of New York Civil Practice Law and Rules granting the remedy of replevin ordering Encompass to return to Surf Air the eight Pilatus PC-12 aircraft that Surf Air leased from TVPX ARS Inc. (the "Aircraft").

**ORDERED** that, sufficient reason having been shown therefor, pending the hearing of Surf Air's application for an Order of Replevin, pursuant to Fed. R. Civ. P. 65, Encompass is hereby enjoined from using the Aircraft.

**ORDERED** that security in the amount of $_____ be posted by Surf Air prior to _____, 2018, at \_\_\_\_ o'clock in the _____ of that day; and it is further

**ORDERED** that personal service of a copy of this order, annexed affidavit, memorandum of law and attorney declaration upon counsel for Encompass on or before _____ o'clock in the _____, on September \_\_\_\_\_, 2018, shall be deemed good and sufficient service thereof.

**ORDERED** that Encompass shall serve on counsel for Surf Air its responding papers on or before September \_\_\_\_, 2018 and that Surf Air shall serve on counsel for Encompass reply papers on or before _____, 2018.

DATED:   New York, New York

ISSUED:   _____

_____
United States District Judge