# LANKLER SIFFERT & WOHL LLP
### ATTORNEYS AT LAW

500 FIFTH AVENUE  
NEW YORK, N.Y. 10110-3398  
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399  
TELEFAX     (212) 764-3701

December 27, 2018

**BY ECF**

Hon. Colleen McMahon  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

      Re:    *Encompass Aviation, LLC v. Surf Air Inc.*, 18 Civ. 5530 (CM)

Dear Judge McMahon:

      We represent plaintiff Encompass Aviation, LLC, in the above action and write jointly on behalf of both parties in response to the Court's December 21, 2018 Memo Endorsement (Dkt. No. 54). Subject to the Court's schedule, the parties respectfully propose to schedule the hearing on defendant's proposed order to show cause on January 10, 2019, with plaintiff's opposition papers to be filed by January 8.

                                                 Respectfully submitted,

                                                 Matthew G. Coogan