# LANKLER SIFFERT & WOHL LLP
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX    (212) 764-3701

January 16, 2019

**BY ECF**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Encompass Aviation, LLC v. Surf Air Inc.*, 18 Civ. 5530 (CM)

Dear Judge McMahon:

    We represent plaintiff Encompass Aviation, LLC ("Encompass") in the above action. We are pleased to inform the Court that the parties have agreed to a settlement in principle of all claims and counterclaims. The parties jointly request that the Court stay all court-ordered deadlines and allow the parties to submit a stipulation of dismissal in 30 days.

    In light of the parties' settlement in principle, Encompass will not submit tonight its response to Surf Air Inc.'s ("Surf") supplemental briefing on its motion for a preliminary injunction.

    Surf has consented to the submission of this letter.

Respectfully submitted,

Matthew G. Coogan