UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENCOMPASS AVIATION, LLC,

                         Plaintiff,

     - against -

SURF AIR INC. (F/K/A SURF AIRLINES INC.),

                         Defendant.

18 Civ. 5530 (CM)

Plaintiff Encompass Aviation, LLC ("Encompass") and Defendant/Counter-Claimant Surf Air Inc. ("Surf"), having reached an agreement to settle this matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that all of the claims and counterclaims as between Encompass and Surf in this action shall be dismissed in their entirety with prejudice, each party to bear its own costs and attorneys' fees.

Dated: January 30, 2019
New York, NY

LANKLER SIFFERT & WOHL LLP

By: _____
Matthew G. Coogan
Daniel M. Gitner
Michael R. Herman
Ramya Kasturi

500 Fifth Avenue
New York, New York 10110
(212) 921-8399

*Counsel for Encompass Aviation, LLC*

MILLER BARONDESS, LLP

By: _____
Louis R. Miller
Christopher D. Beatty
Emily A. Sanchirico

1999 Avenue of the Stars
Suite 1000
Los Angeles, CA 90067
(310) 552-4400

*Counsel for Surf Air Inc.*

1